AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
Tyrice Perkins

)
)
)
)
)
)
)
)

Case No: 1:16CR00248-001

USM No: 15437-028

Date of Original Judgment: 02/27/2018
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___240___ months **is reduced to** ___218*___ **months**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*134 months on each of Counts 1, 2, and 4, to be served concurrently; and 84 months on Count 3, to be served consecutively, for a total term of 218 months

Except as otherwise provided, all provisions of the judgment dated ___02/27/2018___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___12/6/2024___

Effective Date: _____
*(if different from order date)*

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana